PORTER | SCOTT
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF DEPARTMENT, BIRGIT FLADAGER, ADAM CHRISTIANSON, DAVID HARRIS AND KIRK BUNCH

***[Public Entity exempt from filing fee pursuant to Government Code § 6103]***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PRAVEEN SINGH, an individual, and JOYTESHNA KARAN, an individual,

Plaintiffs,

vs.

KIRK BUNCH, an individual, FRANK NAVARRO, an individual, JOHN EVERS, an individual, DAVID HARRIS, BIRGIT FLADAGER, THE COUNTY OF STANISLAUS, a government entity, ADAM CHRISTIANSON, STANISLAUS COUNTY SHERIFF DEPARTMENT, a government entity, and DOES 1-100, inclusive,

Defendants.

_____________________________________/

CASE NO. 1:15-cv-00646-GEB-BAM

**STIPULATION TO CONTINUE DEFENDANTS COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF DEPARTMENT, BIRGIT FLADAGER, ADAM CHRISTIANSON, DAVID HARRIS AND KIRK BUNCH'S MOTION TO DIMISS; [PROPOSED] ORDER**

Complaint Filed: April 27, 2015



PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Plaintiffs PRAVEEN SINGH and JOYTESHNA KARAN and Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF DEPARTMENT, BIRGIT FLADAGER, ADAM CHRISTIANSON, DAVID HARRIS and KIRK BUNCH, by and through their respective undersigned counsel, hereby stipulate to continue Defendants' Motion to Dismiss currently scheduled for August 24, 2015 at 9:00 a.m. to September 14, 2015, 2015 at 9:00 a.m. The parties submit good cause exists to continue the motion to dismiss as an amended complaint is being contemplated to address issues raised in the motion.

**IT IS SO STIPULATED.**

Dated: August 13, 2015

HESS, HESS & HERRERA, P.C.

By: /s/ Alejandro H. Herrera *(authorized on 8/12/15)*
Alejandro H. Herrera
Attorneys for Plaintiffs

Dated: August 13, 2015

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF DEPARTMENT, BIRGIT FLADAGER, ADAM CHRISTIANSON, DAVID HARRIS AND KIRK BUNCH

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is continued to September 14, 2015 at 9:00 a.m.

Dated: August 13, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge