**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION

John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
 FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF DEPARTMENT, BIRGIT FLADAGER, ADAM CHRISTIANSON, DAVID HARRIS AND KIRK BUNCH
*[Public Entity exempt from filing fee pursuant to Government Code § 6103]*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVEEN SINGH, an individual, and JOYTESHNA KARAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KIRK BUNCH, an individual, FRANK NAVARRO, an individual, JOHN EVERS, an individual, DAVID HARRIS, BIRGIT FLADAGER, THE COUNTY OF STANISLAUS, a government entity, ADAM CHRISTIANSON, STANISLAUS COUNTY SHERIFF DEPARTMENT, a government entity, and DOES 1-100, inclusive, <br><br> Defendants. <br> _____/ | CASE NO. 1:15-cv-00646-GEB-BAM <br><br> **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** <br><br> Complaint Filed:  April 27, 2015 |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**

*PORTER | SCOTT*
*350 University Avenue, Suite 200*
*Sacramento, CA  95825*
*TEL: 916.929.1481*
*FAX: 916.927.3706*

1    Plaintiffs PRAVEEN SINGH and JOYTESHNA KARAN and Defendants COUNTY OF

2  STANISLAUS, STANISLAUS COUNTY SHERIFF DEPARTMENT, BIRGIT FLADAGER,

3  ADAM CHRISTIANSON, DAVID HARRIS and KIRK BUNCH, by and through their respective

4  undersigned counsel, hereby stipulate to continue the Status Conference currently scheduled for

5  October 26, 2015 at 9:00 a.m. to November 23, 2015 at 9:00 a.m., or to a date convenient for the

6  court.  Status report will be submitted pursuant to Local Rule commensurate with the new dates.

7  The parties submit good cause exists to continue the Status Conference as the Motion to Dismiss

8  remains under submission, and Plaintiffs continue to contemplate submitting an amended

9  complaint.

10  **IT IS SO STIPULATED.**

11

12  Dated: October 13, 2015        HESS, HESS & HERRERA, P.C.

13

14          By: /s/ Alejandro H. Herrera *(authorized on 10/9/15)*
               Alejandro H. Herrera

15             Attorneys for Plaintiffs

16  Dated:  October 13, 2015        PORTER SCOTT

17          A PROFESSIONAL CORPORATION

18          By     /s/ John R. Whitefleet

19             John R. Whitefleet
               Attorneys for Defendants

20          COUNTY OF STANISLAUS, STANISLAUS COUNTY

21          SHERIFF DEPARTMENT, BIRGIT FLADAGER, ADAM
               CHRISTIANSON, DAVID HARRIS AND KIRK BUNCH

22

23

24

25

26

27

28

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Status Conference is continued to November 23, 2015, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  October 13, 2015

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**