UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVEEN SINGH, an individual; and JOYTESHNA KARAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KIRK BUNCH, an individual; FRANK NAVARRO, an individual; JOHN EVERS, an individual; DAVID HARRIS; BIRGIT FLADAGER; THE COUNTY OF STANISLAUS, a government entity; ADAM CHRISTIANSON; STANISLAUS COUNTY SHERIFF DEPARTMENT, a government entity; and DOES 1 – 100, inclusive;<br><br>Defendants. | No. 1:15-cv-00646-GEB-BAM<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

The Joint Status Report filed November 9, 2015, reveals this case is not ready to be scheduled. The parties state: "FRANK NAVARRO and JOHN EVERS have not made any appearance." (JSR 2:7, ECF No. 23.) However, it is unclear whether these defendants have been served with process, and Plaintiffs do not indicate how they intend to prosecute this action against them, if they have been served.

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 23, 2015, is continued to

February 1, 2016, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiffs shall address their efforts to prosecute this case against Defendants Frank Navarro and John Evers. Plaintiffs are notified that these defendants may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiffs fail to prosecute their claim(s) against them.

Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Frank Navarro and John Evers with process may result in the unserved defendant(s) being dismissed. To avoid dismissal, on or before November 30, 2015, Plaintiffs shall file proof of service for these defendants or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge